UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2024
```

GROQ, INC.,

                Plaintiff,

-against-

GROQ HEALTH, INC. and FLORENCE D. COMITE, M.D.,

                Defendants.

23-cv-8325 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint letter dated October 31, 2024 [ECF No. 52], Defendants' pre-motion letter requesting leave to file a motion for summary judgment [ECF No. 53], and Defendants' letter seeking an extension of time for Plaintiff to oppose Defendants' pre-motion letter [ECF No. 57].

IT IS HEREBY ORDERED that Plaintiff shall respond to Defendants' pre-motion letter by November 6, 2024.

IT IS FURTHER ORDERED that the Post Discovery Conference that was scheduled to take place on November 7, 2024 is ADJOURNED *sine die*.

The Clerk of Court respectfully is requested to terminate the letter motion at ECF No. 57.

**SO ORDERED.**

Date: **November 4, 2024**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1