VIA ECF

April 4, 2025

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2025

**Re: *Groq, Inc. v. Groq Health, Inc.*, No. 23-cv-08325-MKV**

Dear Judge Vyskocil:

    The parties respectfully request that the Court adjourn the conference presently scheduled for April 14, 2025 in this action to another date suitable to the Court.

    The Court scheduled the April 14, 2025 Conference on April 1, 2025. *See* ECF No. 74. Defendants' counsel is unavailable to attend the April 14, 2025 conference due to a conflict: travel plans that were finalized a month before the Court's April 1, 2025 Order.

    Defendants' counsel has conferred with Plaintiff's counsel, who do not oppose this request. The parties are both available on the following dates: April 15-17 (Tuesday – Thursday) and May 8-9 (Thursday – Friday). If none of these dates are convenient for the Court, the parties can provide additional availability in the latter half of May.

    Pursuant to Section 2(G) of the Court's Individual Rules of Practice, the parties state that (i) the parties have not previously requested a continuance of this Conference, and (ii) the proposed continuance will not affect any other scheduled conferences or deadlines.

    The parties thank the Court for its consideration of this request.

                                              [Signature Page Follows]

Dated: April 4, 2025

Respectfully submitted,

| | |
|---|---|
| GOODWIN PROCTER LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: /s/ *Stefan Mentzer* | By: /s/ *Bijal V. Vakil* |
| Stefan Mentzer<br>Timothy Keegan<br>Arsh Raince<br>SMentzer@goodwinlaw.com<br>TKeegan@goodwinlaw.com<br>ARaince@goodwinlaw.com<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 459 7022<br>Facsimile: (212) 355 3333<br><br>COUNSEL FOR DEFENDANTS GROQ HEALTH, INC. AND FLORENCE COMITE, M.D. | Bijal V. Vakil (*pro hac vice*)<br>525 University Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4520<br>Facsimile: (650) 798-6655<br>Bijal.Vakil@skadden.com<br><br>William K. Wray. Jr. (*pro hac vice*)<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 573-4800<br>Facsimile (617) 573-4822<br>William.Wray@skadden.com<br><br>Leslie A. Demers<br>One Manhattan West<br>New York, NY 1001<br>Telephone: (212) 735-3493<br>Leslie.Demers@skadden.com<br><br>COUNSEL FOR PLAINTIFF GROQ, INC. |

---

This request to adjourn the conference that was previously scheduled for April 14, 2025 is GRANTED. The parties shall file a joint status letter, which shall address the status of discovery, including the status of any discovery disputes, by April 8, 2025. The Court will reschedule the conference thereafter if the Court believes a conference is necessary or would be helpful.

Date: April 7, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge