UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/16/2025
```

GROQ, INC.,

               Plaintiff,

-against-

GROQ HEALTH, INC., and FLORENCE D. COMITE, M.D.,

               Defendants.

1:23-cv-8325-MKV

ORDER TEMPORARILY GRANTING MOTIONS TO SEAL

MARY KAY VYSKOCIL, United States District Judge:

      The parties' motions to seal and redact various submissions to protect confidential business information [ECF Nos. 54, 60, 62, 95] are temporarily GRANTED, but the parties are on notice that the Court may determine that it is appropriate to unseal information if its pertinent to the Court's decision on summary judgment and, more so, if this case goes to trial.

      The Clerk of Court respectfully is requested to terminate docket entries 54, 60, 62, and 95.

**SO ORDERED.**

**Date:  May 16, 2025**
**New York, NY**

*(signature: Mary Kay Vyskocil)*

**MARY KAY VYSKOCIL**
**United States District Judge**

1