UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GROQ, INC.,<br><br>                    Plaintiff,<br><br>          -against-<br><br> GROQ HEALTH, INC., and FLORENCE D. COMITE, M.D.,<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  4/7/2026<br><br>1:23-cv-8325-MKV<br><br>ORDER SCHEDULING TRIAL |

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the bench trial in this case will begin on July 21, 2026. The Court will allocate three days for the trial.  IT IS FURTHER ORDERED that by May 29, 2026 the parties must file a proposed Joint Pretrial Order, any motions *in limine*, applicable Required Pretrial Filings, and Additional Submissions in Non-Jury Cases as required for a bench trial in accordance with the Court's Individual Rules of Practice in Civil Cases.  IT IS FURTHER ORDERED that the parties shall appear for a pretrial conference on June 29, 2026 at 11:00 a.m. If necessary, the Court will hold a further conference on June 13, 2026 at 11:00 a.m.

**The parties are on notice that failure to comply with court orders, the Court's Individual Rules, the Federal Rules of Civil Procedure, and the Local Rules may result in sanctions, including: monetary sanctions on counsel and the parties themselves; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.**

**SO ORDERED.**

**Date:  April 7, 2026**
**    New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1