UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GROQ, INC.,

                              Plaintiff,

        -against-

GROQ HEALTH, INC., and FLORENCE D.
COMITE, M.D.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/26

1:23-cv-8325-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties stating that they have reached a settlement in principle [ECF No. 166]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by June 18, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines, including the upcoming trial and deadlines for pretrial submissions, are adjourned *sine die*.

**SO ORDERED.**

**Date:  May 18, 2026**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1